UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHUNG KAO,<br><br>    Plaintiff,<br><br>v.<br><br>R. SORIA, et al.,<br><br>    Defendants. | Case No. 17-cv-00873-HSG (PR)<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME**<br><br>Re: Dkt. No. 12 |

Good cause appearing, Plaintiff's request for an extension of time to file an opposition to Defendants' motion for stay is GRANTED. Plaintiff shall file his opposition no later than **October 5, 2017**. Defendants shall file their reply no later than **fourteen (14)** days after the date of service of the opposition.

This order terminates Docket No. 12.

**IT IS SO ORDERED.**

Dated: 8/22/2017

HAYWOOD S. GILLIAM, JR.
United States District Judge