UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHUNG KAO,

    Plaintiff,

v.

R. SORIA, et al.,

    Defendants.

Case No.17-cv-00873-HSG

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 11/21/2017, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Chung Kao ID: J-56314
San Quentin State Prison
1 Main Street
San Quentin, CA 94974

Dated: 11/21/2017

Susan Y. Soong
Clerk, United States District Court

By:_____
Nikki D. Riley, Deputy Clerk to the
Honorable HAYWOOD S. GILLIAM, JR.