# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHUNG KAO,<br><br>    Plaintiff,<br><br>v.<br><br>R. SORIA, et al.,<br><br>    Defendants. | Case No. 17-cv-00873-HSG (PR)<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME**<br><br>Re: Dkt. No. 14 |

Good cause appearing, plaintiff's second request for an extension of time to file an opposition to defendants' motion for stay is GRANTED, and the opposition filed at docket no. 15 is deemed timely.

Plaintiff states that he intends to file an amended complaint by November 30, 2017. Because the amended complaint may moot the motion to stay, defendants need not file a reply in support of the stay until December 15, 2017. Plaintiff is advised that his proposed amended complaint should be accompanied by a motion for leave to amend pursuant to Federal Rule of Civil Procedure 15(a). Alternatively, plaintiff may obtain defendants' written consent to amend his complaint. *See* Fed. R. Civ. P. 15(a)(2).

This order terminates Docket No. 14.

**IT IS SO ORDERED.**

Dated: 11/21/2017

HAYWOOD S. GILLIAM, JR.
United States District Judge