UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHUNG KAO,<br><br>   Plaintiff,<br><br> v.<br><br>R. SORIA, et al.,<br><br>   Defendants. | Case No. 17-cv-00873-HSG (PR)<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE REPLY**<br><br>Re: Dkt. No. 20 |

GOOD CAUSE APPEARING, defendants' motion for an extension of time to file a reply in support of their motion to stay the proceedings is GRANTED. Defendants shall file their reply by **January 5, 2018**.

This order terminates Docket No. 20.

**IT IS SO ORDERED.**

Dated: 12/27/2017

                HAYWOOD S. GILLIAM, JR.
                United States District Judge